IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**EVEREST RAILCAR SERVICES, INC.**                                                            **PLAINTIFF**

       v.            Civil No. 07-5001

**BROWNER TURNOUT CO.**                                                                         **DEFENDANT**

O R D E R

    Now on this 6th day of September, 2007, come on for consideration **Defendant's Motion For Non-Jury Trial** (document #10) and the parties' **Joint Motion For Continuance Of Trial And Pretrial Deadlines** (document #12), and the Court, being well and sufficiently advised, finds as follows:

    1.  Defendant contends that the issues before the Court are equitable in nature, and that trial by jury is not appropriate. Plaintiff does not dispute this contention, and the Court will, therefore, schedule the matter as a bench trial.

    2.  A telephone conference was held this date with regard to the joint motion for continuance, and counsel for both parties agree that they will not have in hand all documentation from third parties relevant to the assessment of damages until the end of October, 2007. The Court will, therefore, grant the motion for continuance, and reschedule the trial of this case for January 22, 2008, with pre-trial deadlines adjusted accordingly.

    **IT IS THEREFORE ORDERED** that **Defendant's Motion For Non-Jury Trial** (document #10) is **granted**, and this matter will be scheduled for trial to the Court.

**IT IS FURTHER ORDERED** that the parties' **Joint Motion For Continuance Of Trial And Pretrial Deadlines** (document #12) is **granted.** This case is rescheduled for trial on January 22, 2008. Discovery must be concluded by October 31, 2007. Dispositive motions are due by November 23, 2007. In all other respects, the Court's Final Scheduling Order remains in effect.

**IT IS SO ORDERED.**

        /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**